BERT TOTH, PLAINTIFF-APPELLANT, v. KAY & KAY REALTY CORP., *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued October 11, 1972—Decided October 11, 1972.

*Mr. Ronald Spivack,* argued the cause for plaintiff-appellant (*Messrs. Spivack and Kogos,* attorneys).

*Mr. Robert T. Quackenboss,* argued the cause for defendants-respondents, City of Perth Amboy, *et al.* (*Messrs. Burton & Quackenboss,* attorneys; *Mr. Frederick A. Simon,* on the brief).

*Mr. Harold G. Smith,* argued the cause for defendant-respondent, Kay & Kay Realty Corp. (*Messrs. Wilentz, Goldman & Spitzer,* attorneys; *Mr. Harold G. Smith,* on the brief.)

PER CURIAM. A petition for certification having been submitted to this Court, and the Court having considered the same,

It is hereupon Ordered that the petition for certification is granted, (62 *N. J.* 86) the decision of the Appellate Division is reversed and the restoration of the case to the trial list by the trial judge is affirmed.

*For reversal*—Chief Justice WEINTRAUB and Justices JACOBS, HALL and MOUNTAIN and Judges SULLIVAN and LEWIS—6.

*Opposed*—None.